UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JULIE WILKINSON,**

        **Plaintiff,**　　　　　CASE NUMBER: 20-10414
　　　　　　　　　　　　　　　　　　HONORABLE VICTORIA A. ROBERTS
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE MORRIS

**v.**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On December 2, 2020, Magistrate Judge Morris issued a Report and Recommendation [Doc. 14], recommending that Defendant's Motion for Summary Judgement be [Doc. 12] be **GRANTED** and Plaintiff's Motion for Summary Judgment [Doc. 11] **DENIED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED**. Judgment will enter in favor of Defendant.

**IT IS ORDERED**.

                                          s/ Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated:  December 30, 2020